IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CECIL CURRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 5:16-CV-24(MTT) |
| | ) |
| Lieutenant STEVE MCDAVE and | ) |
| Deputy JEROME ROBERTSON, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

Before the Court is the Recommendation of Magistrate Judge Stephen Hyles. Doc. 23.  The Magistrate Judge recommends granting the Defendants' motion to dismiss the Plaintiff's complaint for failure to prosecute his claims and failure to comply with a court order requiring him to advise the Court of any change in his address.  Doc. 21.  The Magistrate Judge also recommends denying the Defendants' request for attorney's fees from the Plaintiff.  Doc. 23 at 2, n.1.  The parties have not objected to the Recommendation.  The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.  The Recommendation is **ADOPTED** and made the order of this Court. Accordingly, the Defendants' motion to dismiss (Doc. 21) is **GRANTED**, and the Plaintiff's complaint against the Defendants (Doc. 1) is **DISMISSED** for failure to follow a court order and failure to prosecute.

-2-

**SO ORDERED,** this 12th day of January, 2017.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT
